Richard K. Gustafson II (Bar No. 193914)
Legal Helpers, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  rkg@legalhelpers.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anthony Moore,<br><br>     Plaintiff,<br><br>v.<br><br>Regional Adjustment Bureau, Inc.,<br>     Defendant. | Case No. 3:10-cv-00356-MMA -RBB<br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard K. Gustafson*
     Richard K. Gustafson (Bar # 193914)
     233 S. Wacker Dr., Suite 5150
     Chicago, IL 60606
     Tel:  866-339-1156
     Fax: 312-822-1064
     Email:  rkg@legalhelpers.com
     *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

Sean P. Flynn
Ropers, Majeski, Kohn & Bentley PC
515 South Flower Street, Suite 1100
Los Angeles, CA 90071
*Attorney for Defendant*

/s/ Richard J. Meier

NOTICE OF DISMISSAL
WITH PREJUDICE

2